# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

SHANE HEIZMAN,

        Petitioner

        v.

COMMON PLEAS COURT OF
PHILADELPHIA COUNTY,

        Respondent

: No. 1 EM 2018

## ORDER

**PER CURIAM**

**AND NOW**, this 16th day of March, 2018, the Application for Leave to File Original Process is GRANTED. To the extent the Petition for Mandamus and Extraordinary Relief seeks extraordinary relief, it is DENIED.

To the extent the Petition for Mandamus and Extraordinary Relief asks that adjudication of the pending PCRA petition be compelled, it is GRANTED. The Court of Common Pleas of Philadelphia County is DIRECTED to adjudicate the PCRA petition within 60 days and to promptly notify this Court of its adjudication.

Jurisdiction is RETAINED.

The Prothonotary is DIRECTED to serve this order on the President Judge of the Court of Common Pleas of Philadelphia County and the Commonwealth.